# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 8, 2022

Lyle W. Cayce
Clerk

No. 21-50347

Francette Washington,

*Plaintiff—Appellant*,

*versus*

Virginia Rodriguez; Andres Garza; Michael Martinez; Via Metropolitan Transit,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:18-CV-316

Before Wiener, Graves, and Duncan, *Circuit Judges*.

Per Curiam:*

Francette Washington appeals the district court's grant of summary judgment to the defendants-appellees in an action for retaliation under the Family Medical Leave Act (FMLA). *See* 29 U.S.C. § 2612. After

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-50347

consideration of the briefs, record, and applicable law, the order of the district court is AFFIRMED.